FILED

UNITED STATES COURT OF APPEALS

OCT 01 2013

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CESAR ELVIN AMAYA-RAMOS,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER, Jr., Attorney General.,<br><br>Respondent. | No. 07-73121<br><br><br><br>ORDER |

Before: PAEZ and HURWITZ, Circuit Judges, and ERICKSON, District Judge.

Respondent's motion for stay of oral argument is DENIED.